Szczepan Przytula, as Executor, etc., of Jan Kukietka, Deceased, Respondent, v. Empire State Degree of Honor, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Aaron M. Wands, Respondent, v. George W. Pound and Others, Impleaded with Frank Moore and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented.

Automatic Packaging Company, Respondent, v. Norman Mendleson and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elizabeth M. Ellis, Respondent, v. Emma Pope, as Administratrix, etc., of Jesse M. House, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

J. F. Pfister Company, Respondent, v. Ward A. Moulton, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Daniel Williams, Respondent, v. George L. Conover and Ida B. Conover, Appellants.— Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellants. Held, that the complaint states a cause of action in trover and not on contract. All concurred, except Spring, J., who dissented.

Sarah H. Robbins, Respondent, v. Town of Evans, Appellant.— Judgment and order affirmed, with costs. All concurred.

General Contracting Company, Appellant, v. Henry G. Burgard, Respondent.— Judgment and order affirmed, with costs. All concurred.

Jerry Linehan, Appellant, v. Frank J. Nelson, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that the words used by the defendant, according to his own version, charged the plaintiff with the commission of perjury.

Henry B. Stupplebeen, Respondent, v. Westcott Garage Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground of contributory negligence and failure to establish negligence against the defendant.

Irving W. Street, Respondent, v. Eugene Van Schaick, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented and voted for modification of the order so as to provide for changing the place of trial to New York county, with leave to the plaintiff to have a reference, the defendant here consenting to such reference, the evidence in case of a reference to be taken in both counties.

Eva A. Taylor, as Administratrix, etc., Respondent, v. John W. Landel and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The Hydraulic Press Manufacturing Company, Appellant, v. Horace O. Lanza, Respondent, Impleaded with Peter Lanza and Salvatrice Lanza, His Wife.— Judgment and order affirmed, with costs. All concurred.